| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>03/22/2024 | DATE AND TIME WARRANT EXECUTED<br>03/24/2024 11:00 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>JP Morgan Chase Bank, 3901 Atlantic Avenue, Long Beach, CA 90807 |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Fred Apodaca and SA Jesse Truesdell | | |
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>JP Morgan Chase Bank, Cashier's check #4557201253, amount of $242,903.19, payable to United States Secret Service. Check total was from two bank accounts:<br><br>1) Account #963373631 in the name of STKG Consulting Inc., amount of $210,677.92;<br>2) Account #953652671 in the name of JinLing Garment Trading Inc., amount of $32,225.27.<br>3) Account #918271823 had no funds remaining. | | |

### CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 04/16/2024

FRED D APODACA
Digitally signed by FRED D APODACA
Date: 2024.04.17 12:33:03 -07'00'

*Executing Officer's Signature*

Special Agent Fred Apodaca
*Printed Name and Title*